# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **David Safran** | JUDGMENT IN A CIVIL CASE |
| vs. | |
| **Chief Court Clerk Doe, et al** | **CASE NO.**  8:05-CV-270 |

    ____    **JURY VERDICT.**  This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  **X**   **DECISION BY COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**DEFENDANT'S ELLIOT SPITZER AND GREEN COUNTY JUDGE DANIEL LALOR WERE DISMISSED FROM THIS ACTION BY THE HONORABLE THOMAS J. MCAVOY'S ORDER FILED MARCH 11, 2005.**

**IT IS ORDERED AND ADJUDGED** THAT THIS ACTION IS DISMISSED.
IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED MAY 25, 2005.

Dated:  May 25, 2005

*[signature]*
Clerk of Court

s/ S. Potter
By:  Deputy Clerk